**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**December 17, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40532
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SERGIO ALANIS-GONZALES, also known as Juan Antonio
Robledo-Pesina,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:03-CR-983-ALL
--------------------

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Sergio Alanis-Gonzales appeals from his conviction of

illegal reentry following deportation after conviction of an

aggravated felony.  Alanis contends for the first time on appeal

that his sentence is constitutionally infirm because

Almendarez-Torres v. United States, 523 U.S. 224 (1998), has been

cast into doubt by Apprendi v. New Jersey, 530 U.S. 466 (2000),

and should be overruled.  He also contends that if Almendarez-

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>Torres</u> were overruled, <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004), would apply in determining his sentence. Alanis raises these issues only to preserve them for further review, and he concedes that this court's review is under the plain-error standard.

<u>Apprendi</u> did not overrule <u>Almendarez-Torres</u>. See <u>Apprendi</u>, 530 U.S. at 489-90; <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000). We must follow <u>Almendarez-Torres</u> "unless and until the Supreme Court itself determines to overrule it." <u>Dabeit</u>, 231 F.3d at 984 (internal quotation marks and citation omitted). Further, <u>Blakely</u> does not apply to the federal sentencing guidelines. See <u>United States v. Piniero</u>, 377 F.3d 464, 473 (5th Cir.), <u>petition for cert. filed</u> (U.S. July 14, 2004)(No. 04-5263). Alanis has failed to show error, plain or otherwise, regarding the applicability of <u>Almendarez-Torres</u> or <u>Blakely</u>.

AFFIRMED.